# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| **CLYDE BURRY**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PURFOODS, LLC d/b/a MOM'S MEALS,<br><br>Defendant. | Case No. 4:23-cv-00334-SHL-WPK<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Clyde Burry ("Plaintiff"), by and through his counsel, notices the Court of his voluntary dismissal of his claims against Defendant PurFoods, LLC d/b/a Mom's Meals ("Defendant") without prejudice. Plaintiff dismisses his claims before Defendant has served either an answer or a motion for summary judgment.

Dated: October 1, 2024

Respectfully submitted,

**SHINDLER, ANDERSON, GOPLERUD & WEESE P.C.**

By */s/* J. Barton Goplerud

J. Barton Goplerud
Brian O. Marty
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Tel: (515) 223-4567
Fax: (515) 223-8887
goplerud@sagwlaw.com
marty@sagwlaw.com

**LAUKAITIS LAW LLC**
Kevin Laukaitis (PA ID 321670) (Admitted *Pro Hac Vice*)
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
T: (215) 789-4462
klaukaitis@laukaitislaw.com

*Attorneys for Plaintiff(s) and the Plaintiff Class(es)*